## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA :   No. 67 MM 2018

                                       :   Court of Common Pleas of Perry County,

        v.                          :   CP-50-CR-0000189-2016

DONALD B. MEYER, JR.           :   Change of Venue

## O R D E R

AND NOW, this 12th day of April, 2018, the Honorable Kenneth A. Mummah of the Court of Common Pleas of Perry County having certified to this Court an Order for change of venue in the above matter pursuant to Pa.R.Crim.P. 584(B), it is

ORDERED that said case shall be transferred to Lycoming County in compliance with Pa.R.Crim.P. 584(B).

_____
Chief Justice